November 5, 2025



**VIA ECF**

The Honorable Katherine H. Parker
Southern District of New York
500 Pearl Street, Room 17D
New York, NY 10007

Re:   *Global Weather Productions, LLC v. McLaughlin Media Management,*
      1:25-cv-06981-PAE-KHP

Dear Judge Parker:

Plaintiff Global Weather Productions, LLC and defendant McLaughlin Media Management LLC, via undersigned counsel, respectfully request the Court's leave to appear telephonically at the conference scheduled for November 13, 2025 at 10:00 a.m. As grounds for this joint request, the parties submit that Defendant's counsel is located in Florida and Plaintiff's counsel is located in Uniondale, New York. Thus, for purposes of efficiency and conversation of party resources, the parties respectfully request that the Court permit the parties, via counsel, to appear at the conference remotely.

**APPLICATION GRANTED:** The Initial Case Management Conference scheduled for **Thursday, November 13, 2025 at 10:00 a.m.** is hereby converted to telephonic. At the scheduled time, the parties shall dial 646-453-4442, conference ID 657 746 218#

APPLICATION GRANTED
*Katharine H. Parker* (signature)
Hon. Katharine H. Parker, U.S.M.J.
11/06/2025

Respectfully submitted,

/s/ *James H. Freeman* /
James H. Freeman

*Counsel for Plaintiff*

/s/ *Andrew Lockton* /
Andrew Lockton

*Counsel for Defendant*