```
┌─────────────────────────────────┐
│ USDC SDNY                       │
│ DOCUMENT                        │
│ ELECTRONICALLY FILED            │
│ DOC #:_____                 │
│ DATE FILED:  01/28/2026         │
└─────────────────────────────────┘
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

GLOBAL WEATHER PRODUCTIONS, LLC,

                           Plaintiff,

           -against-

MCLAUGHLIN MEDIA MANAGEMENT LLC
d/b/a M3 MEDIA MANAGEMENT.,

                         Defendant.

-----------------------------------------------------------------X

**25-CV-6981 (PAE) (KHP)**

**SCHEDULING ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

The request to adjourn the settlement conference scheduled for **February 4, 2026,** is **granted**.  The remaining requests are **denied**.  The parties are reminded that all discovery must be completed by **June 15, 2026.**  This deadline is unlikely to be extended, regardless of the status of the Texas action.  The parties are further reminded that they have not yet complied with the Court's order directing them to propose an amendment to the protective order in the Texas action to allow for identical discovery in this action.  The parties shall do this by February 15, 2025.  There will be a case management conference on **Wednesday, March 18, 2026, at 3:00 p.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York.

        **SO ORDERED.**

DATED:     New York, New York
             January 28, 2026

                            _____
                            KATHARINE H. PARKER
                            United States Magistrate Judge