**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

GLOBAL WEATHER PRODUCTIONS, LLC,

                                Plaintiff,

              -against-

MCLAUGHLIN MEDIA MANAGEMENT LLC
d/b/a M3 MEDIA MANAGEMENT.,

                              Defendant.
-----------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/18/2026
```

**25-CV-6981 (PAE) (KHP)**

**POST-CONFERENCE ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

On March 18, 202 the parties appeared before the undersigned for a Case Management Conference.  As set forth on the record, to the extent that Defendants seek to pursue third party discovery on the issue of standing, they are directed to move with alacrity as the discovery deadlines in this matter are unlikely to be extended.  The parties are also directed to file a join status letter by **May 4, 2026** informing the court as to the status of discovery. Further, should the parties wish to schedule a settlement conference, they are directed to file a letter with the Court that complies with the Individual Practices of the undersigned.

       **SO ORDERED.**

DATED:     New York, New York
             March 18, 2026

_____
KATHARINE H. PARKER
United States Magistrate Judge