UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

GLOBAL WEATHER PRODUCTIONS, LLC,

                                    Plaintiff,

                    -against-

MCLAUGHLIN MEDIA MANAGEMENT LLC
d/b/a M3 MEDIA MANAGEMENT.,

                                    Defendant.

------------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/27/2026
```

25-CV-6981 (PAE) (KHP)

ORDER

**KATHARINE H. PARKER, United States Magistrate Judge:**

On April 24, 2026, the parties filed a proposed protective order in the above-captioned action. The parties are reminded that this matter has been referred to the undersigned for general pretrial supervision, including scheduling, discovery, non-dispositive pretrial motions, and settlement. Accordingly, any proposed protective orders or discovery-related motions should be addressed to the undersigned.

Upon review of the proposed protective order at ECF No. 39, the Court directs the parties to resubmit a revised proposed protective order containing language consistent with Paragraph 9 of the Court's model protective order.[1]

        **SO ORDERED.**

DATED:        New York, New York
              April 27, 2026

_____
KATHARINE H. PARKER
United States Magistrate Judge

---

[1] https://nysd.uscourts.gov/hon-katharine-h-parker