**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------X

GLOBAL WEATHER PRODUCTIONS, LLC,

                      Plaintiff,

       -against-

MCLAUGHLIN MEDIA MANAGEMENT LLC
d/b/a M3 MEDIA MANAGEMENT.,

                      Defendant.

----------------------------------------------------------------X

**25-CV-6981 (PAE) (KHP)**

**ORDER**

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #:_____ |
| DATE FILED:__5/5/2026__ |

**KATHARINE H. PARKER, United States Magistrate Judge:**

On May 4, 2026 the parties filed a joint letter informing the Court as to the status of discovery and settlement in the above-entitled action.  The Court thanks the parties for their update. With respect to settlement, the parties are encouraged to continue working together towards a resolution.  In light of the representation that Defendant is preparing a response to Plaintiff's position, the parties are directed to file an additional letter by **May 19, 2026** informing the Court as to the status of discovery and settlement and expressing whether the parties would be interested in the Court overseeing a settlement conference.

     **SO ORDERED.**

DATED:     New York, New York
           May 5, 2026

                               _Katharine H. Parker_

                               KATHARINE H. PARKER
                               United States Magistrate Judge