**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
GLOBAL WEATHER PRODUCTIONS, LLC,

         Plaintiff,

     -against-

MCLAUGHLIN MEDIA MANAGEMENT LLC
d/b/a M3 MEDIA MANAGEMENT.,

         Defendant.
-----------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_ 5/20/2026 _
```

**25-CV-6981 (PAE) (KHP)**

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

On May 19, 2026 the parties filed a joint letter motion requesting that discovery and all related deadlines in the above-entitled action be stayed in light of the Report and Recommendation at ECF No. 47 recommending dismissal pursuant to Rule 12 of the Federal Rules of Civil Procedure.  Based on the following, the request is GRANTED**.**

Pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, a district court may stay discovery upon a showing of "good cause."  *Thrower v. Pozzi*, No. No. 99 Civ. 5871(GBD), 2002 WL 91612 at *7 (S.D.N.Y. Jan. 24, 2002).  Courts in this district have held "that a stay of discovery is appropriate pending resolution of a potentially dispositive motion where the motion 'appear[s] to have substantial grounds' or, stated another way, 'do[es] not appear to be without foundation in law.'" *In re Currency Conversion Fee Antitrust Litigation,* No. MDL 1409, M21-95, 2002 WL 88278, at *1 (S.D.N.Y. Jan. 22, 2002) (*quoting Chrysler Capital Corp. v. Century Power Corp.,* 137 F.R.D. 209, 209–10 (S.D.N.Y. 1991)).

As noted in the Report and Recommendation, Defendant's motion to dismiss does not appear to be "without foundation in law," and because the resolution of the pending motion

may obviate the need for burdensome discovery, a stay of discovery and other deadlines

is appropriate until the Court resolves the motion to dismiss.

**The Clerk of Court is respectfully directed to terminate the pending motion at ECF No. 49.**

    **SO ORDERED.**

DATED:      New York, New York
              May 20, 2026

                                      _____
                                        KATHARINE H. PARKER
                                        United States Magistrate Judge