**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

GLOBAL WEATHER PRODUCTIONS, LLC,

Plaintiff,

-against-

MCLAUGHLIN MEDIA MANAGEMENT LLC
d/b/a M3 MEDIA MANAGEMENT,

Defendant.

---------------------------------------------------------------X

25 **CIVIL** 6981 (PAE) (KHP)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated September 22, 2026, the Court adopts Judge Parker's Report and dismisses this case, without prejudice.

**Dated:** New York, New York

September 24, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:**

**Deputy Clerk**